# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

David McMurtrey,

_____

*Plaintiff*

v.

Commissioner of Social Security,

Civil Action No.   4:17-cv-05022-SMJ

_____

*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:    The Report and Recommendation, ECF No. 23, is ADOPTED in its entirety.
Plaintiff's Motion for Summary Judgment, ECF No. 17, is DENIED.
The Commissioner's Motion for Summary Judgment, ECF No. 18, is GRANTED.
JUDGMENT in favor of Commissioner.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    SALVADOR MENDOZA, JR. _____ on a Report and Recommendation
      (ECF No. 23)  to Deny Plaintiff's Motion for Summary Judgment and to Grant Defendant's Motion for Summary Judgment.


Date:  03/28/2018 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Allison Yates
_____
*(By) Deputy Clerk*

Allison Yates
_____